# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3028
_____

United States of America

*Plaintiff - Appellee*

v.

Jay Monson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge
_____

Submitted: August 7, 2019
Filed: August 19, 2019
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jay Monson appeals the district court's[1] amended judgment reducing his sentence under Federal Rule of Criminal Procedure 35(b).

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

We conclude that we lack jurisdiction over this appeal because it does not meet the criteria of 18 U.S.C. § 3742(a). See United States v. Haskins, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (jurisdiction over an appeal of a Rule 35(b) sentence is governed by § 3742(a); dismissing for lack of jurisdiction because appeal did not satisfy § 3742(a) criteria).

Accordingly, we dismiss for lack of jurisdiction.

_____